# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-2536 PSG (PLAx) | Date | July 15, 2021 |
|---|---|---|---|
| Title | Jane Doe v. Compania Panamena de Aviacion, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** The Court REMANDS the case to the Superior Court

"If at any time before final judgment it appears that a district court lacks subject matter jurisdiction over a removed case, the case shall be remanded." *See Ruiz v. Stewart Title of Cal., Inc.*, No. EDCV 20-1591 JGB (SHKx), 2021 WL 1060227, at *1 (C.D. Cal. Mar. 18, 2021) (citing 28 U.S.C. § 1447(c)). Because the only defendant that remains in this case is an unserved citizen of the same state as Plaintiff, and because there is no basis for subject matter jurisdiction other than diversity, the Court **REMANDS** the matter to the Superior Court.

**IT IS SO ORDERED.**