UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>COMPANIA PANAMENA DE AVIACION, a Business organization form unknown and COPA HOLDINGS, S.A.,<br><br>       Defendants - Appellees,<br><br> and<br><br>AMIR MIRGHAFFARI and DOES, 1 through 100, inclusive,<br><br>       Defendants. | No. 21-55983<br><br>D.C. No. 2:21-cv-02536-PSG-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered May 25, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7