FILED
CLERK, U.S. DISTRICT COURT
06/27/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-02536-PSG-PLA |
| v. | |
| Compania Panamena de Aviacion et al | **NOTICE OF HEARING ON JUDGMENT / MANDATE / ORDER FROM U.S. COURT OF APPEALS (CIVIL)** |
| DEFENDANT(S). | |

To Counsel of Record:

PLEASE TAKE NOTICE that the judgment of the Ninth Circuit U. S. Court of Appeals has been received in the above-entitled case. This matter is hereby set for hearing  as a Status Conference Re: Mandate

on  Friday, July 29, 2022  at  2:00  ☐ a.m. / ☒ p.m. before the Honorable  Philip S. Gutierrez , United States District Judge, in Courtroom No.  6A , United States Courthouse located at:

☐ 312 N. Spring Street
Los Angeles, CA 90012

☐ 255 E. Temple Street
Los Angeles, CA 90012

☐ 411 W. Fourth Street
Santa Ana, CA 92701

☐ 3470 Twelfth Street
Riverside, CA 92501

☒ First Street Courthouse
350 West 1st Street
Los Angeles, CA 90012-4565

It will be necessary for all counsel to be present at that time.

Clerk, U. S. District Court

06/27/22
Date

By  *Wendy K. Hernandez*
Deputy Clerk

CV-42 (07/04)  **NOTICE OF HEARING ON JUDGMENT/MANDATE/ORDER FROM U.S. COURT OF APPEALS (CIVIL)**